

No. 11–0280/AR.   U.S. v. Douglas K. Winckelmann.   CCA 20070243.   Appellant's motion to extend time to file the supplement to the petition for grant of review granted to November 20, 2012.

No. 11–0400/AR.   U.S. v. Michael T. McNaughton.   CCA 20090596.   Appellant's *second* motion to extend time to file the supplement to the petition for grant of review granted, *up to and including November 9, 2012,* and *absent extraordinary circumstances, no further extension of time will be granted in this case.*

No. 11–0474/AR.   U.S. v. Anthony P. Knowland.   CCA 20071405.   Appellant's motion to extend time to file the supplement to the petition for grant of review granted to November 20, 2012.

No. 11–0558/AR.   U.S. v. Alvaro Garcia, Jr.   CCA 20080839.   Appellant's motion to extend time to file the supplement to the petition for grant of review granted to November 19, 2012.

No. 13–0037/AR.   U.S. v. Eloy Gonzalez.   CCA 20100485.   Appellant's *second* motion to extend time to file the supplement to the petition for grant of review granted, *up to and including November 5, 2012,* and *absent extraordinary circumstances, no further extension of time will be granted in this case.*

No. 13–0061/AR.   U.S. v. Ted C. Squire.   CCA 20091106.   Appellant's *second* motion to extend time to file the supplement to the petition for grant of review granted, *up to and including November 5, 2012,* and *absent extraordinary circumstances, no further extension of time will be granted in this case.*